UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM G. SUTHERLAND,

    Plaintiff,

v.                                                                                                    Case No. 18-13568

PAT WARREN, et al,                                                  HON. AVERN COHN

    Defendants.

_____/

**ORDER**
**ADOPTING REPORT AND RECOMMENDATION (Doc. 30)**
**AND**
**DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR A TRO OR PRELIMINARY INJUNCTION (Doc. 2)**

This is a prisoner civil rights case under 42 U.S.C. §§ 1983, 1984, and 1988. Plaintiff is suing multiple defendants making claims under the First, Fifth, Eighth, and Fourteenth Amendments. The matter has been referred to a magistrate judge for pretrial proceedings. (Doc. 18). Plaintiff filed a motion for a TRO or for a Preliminary Injunction asking to be returned to a single person cell. (Doc. 2). The magistrate judge issued a report and recommendation, recommending that the motion be denied without prejudice essentially because plaintiff did not show that defendants received notice. (Doc. 30).

Before the Court are plaintiff's "objections" to the MJRR. (Doc. 32). Although titled "objections," plaintiff does not actually object to the MJRR but says he has filed a

new motion for a TRO. Under these circumstances, the MJRR is ADOPTED as the findings and conclusions of the Court. Plaintiff's motion for a TRO or Preliminary Injunction is DENIED WITHOUT PREJUDICE.

Plaintiff's new motion for a TRO (Doc. 34) will first be considered by the magistrate judge. The Court expresses no opinion as to the merits of the new motion.

SO ORDERED.

S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: 9/5/2019
Detroit, Michigan